

1 | DANIEL G. BOGDEN
United States Attorney
2 | CHRISTINA M. BROWN
Assistant United States Attorney
3 | 333 Las Vegas Blvd., S., Suite 5000
Las Vegas, Nevada 89101
4 | Phone: (702) 388-6536
Fax:    (702) 388-5087

5

6 | # UNITED STATES DISTRICT COURT
7 | # DISTRICT OF NEVADA
8 | ## -oOo-

9 | UNITED STATES OF AMERICA,        )   **CRIMINAL INDICTMENT**
                                     )
10 |                     PLAINTIFF,   )   **2:06-CR-128-JCM-RJJ** __
                                     )
11 | VS.                             )   **VIOLATION:**
                                     )
12 |                                 )   29 U.S.C. 501(c) - Embezzlement of
     KAY JOY ANDREWS,                )   Funds and Assets from a Labor
13 |                                 )   Organization by Employee _____ _____
                                     )
14 | _____ DEFENDANT. _____ )

15

16 | **THE GRAND JURY CHARGES THAT:**

17

18 |         Between on or about September 9, 2002, and July 31, 2003, in the State

19 | and Federal District of Nevada,

20 |                            **KAY JOY ANDREWS,**

21 | defendant herein, did knowingly embezzle, steal, and unlawfully and willfully convert

22 | to her own use moneys, funds, property and other assets of a labor union by which she

23 | was then employed, that is, on behalf of the Carpenter's Southwest Regional Council

24 | for the Carpenter's Local 1780, defendant's employer and during the course of her

25 | employment, the defendant received cash and checks paid by union members which she

26 | was required to deposit into the union account, but which she did willfully and

1  unlawfully convert to her own personal use, resulting in a loss to the union of

2  $55,765.75, all in violation of Title 29, United States Code, Section 501 (c).

3      **DATED**: this ___/9___ day of April 2006.

4      **A TRUE BILL:**

5                                         /S/
                      FOREPERSON OF THE GRAND JURY

6

7  DANIEL G. BOGDEN
   United States Attorney

8

9

10  CHRISTINA BROWN
    Assistant United States Attorney

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26